# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
VA 2-217-328

**Effective Date of Registration:**
July 16, 2020
**Registration Decision Date:**
September 29, 2020



## Title

Title of Work: CactASS tattoo flash

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: May 23, 2020
Nation of 1st Publication: United States

## Author

- Author: Cecilia Granata
  Pseudonym: Ceci Tattoos
  Author Created: 2-D artwork
  Citizen of: Italy
  Domiciled in: United States
  Year Born: 1983
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Cecilia Granata
1519 Walnut St, Berkeley, CA, 94709

## Rights and Permissions

Name: Cecilia Granata
Email: cecilia.granata@gmail.com
Telephone: (510)705-3598
Address: 1519 Walnut Street
Berkeley, CA 94709 United States

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-408-618**

**Effective Date of Registration:**
August 08, 2020

**Registration Decision Date:**
October 15, 2020



---

## Title

**Title of Work:** Floss Well Tattoo Flash

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Cecilia Granata
  **Pseudonym:** Ceci Tattoos
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy
  **Domiciled in:** United States
  **Year Born:** 1983
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Cecilia Granata
1519 Walnut St, Berkeley, CA, 94709

## Rights and Permissions

**Name:** Cecilia Granata
**Email:** cecilia.granata@gmail.com
**Telephone:** (510)705-3598
**Address:** 1519 Walnut Street
Apt.1
Berkeley, CA 94709 United States



Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-217-334**

**Effective Date of Registration:**
July 16, 2020

**Registration Decision Date:**
September 29, 2020

## Title
**Title of Work:** Sexy mushrooms tattoo flash

## Completion/Publication
**Year of Completion:** 2020
**Date of 1st Publication:** April 26, 2020
**Nation of 1st Publication:** United States

## Author
- **Author:** Cecilia Granata
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy
  **Domiciled in:** United States
  **Year Born:** 1983

## Copyright Claimant
**Copyright Claimant:** Cecilia Granata
1519 Walnut St, Berkeley, CA, 94709

## Rights and Permissions
**Name:** Cecilia Granata
**Email:** cecilia.granata@gmail.com
**Telephone:** (510)705-3598
**Address:** 1519 Walnut Stree
Berkeley, CA 94709 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**
**VA 2-217-340**

**Effective Date of Registration:**
July 16, 2020

**Registration Decision Date:**
September 29, 2020

## Title
  **Title of Work:** Sexy vegetables tattoo flash

## Completion/Publication
  **Year of Completion:** 2020
  **Date of 1st Publication:** June 08, 2020
  **Nation of 1st Publication:** United States

## Author
- **Author:** Cecilia Granata
  **Pseudonym:** Ceci Tattoos
  **Author Created:** 2-D artwork
  **Citizen of:** Italy
  **Domiciled in:** United States
  **Year Born:** 1983
  **Pseudonymous:** Yes

## Copyright Claimant
  **Copyright Claimant:** Cecilia Granata
  1519 Walnut St, Berkeley, CA, 94709, United States

## Rights and Permissions
  **Name:** Cecilia Granata
  **Email:** cecilia.granata@gmail.com
  **Telephone:** (510)705-3598
  **Address:** 1519 Walnut Street
  Brekeley, CA 94709 United States

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VAu 1-408-827**

**Effective Date of Registration:**
September 01, 2020

**Registration Decision Date:**
October 19, 2020

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Butt Lamps and 3 Other Unpublished Works |
| **Content Title:** | Butt Lamps |
| | Butt bugs |
| | tutti frutti |
| | Bootyfall |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |

### Author

| | |
|---|---|
| • **Author:** | Ceci Tattoos |
| **Author Created:** | Illustrations |
| **Work made for hire:** | No |
| **Citizen of:** | Italy |
| **Domiciled in:** | United States |
| **Year Born:** | 1983 |
| **Pseudonymous:** | Yes |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ceci Tattoos |
| | 1519 Walnut St, Berkeley, CA, 94709, United States |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Cecilia Granata |
| **Email:** | cecilia.granata@gmail.com |
| **Telephone:** | (510)705-3598 |

